# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DYLAN PIZZOLATO

    CONSOLIDATED WITH

PRISCILLA NOEL LEFEBURE

VERSUS

DYLAN JACAOB PIZZOLATO

NO. 2022 CW 1069

**NOVEMBER 21, 2022**

---

In Re: Katherine Reznik Benoit, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 217897 c/w 218072.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED IN PART WITH ORDER; REFERRED TO YET-TO-BE-LODGED APPEAL PANEL IN PART.** The portion of the August 29, 2022 judgment denying *in forma pauperis* status to relator is reversed. The family court abused its discretion in denying *in forma pauperis* status to relator based upon her poverty and lack of means. See **Benjamin v. National Super Markets, Inc.**, 351 So.2d 138 (La. 1977), writ denied, 366 So.2d 561 (La. 1979). Judgment is granted in favor of relator, Katherine Reznik Benoit, granting her request for *in forma pauperis* status pursuant to La. Code Civ. P. art. 5181. This matter is remanded to the family court with instructions to proceed with lodging the appeals with this court. To the extent relator seeks review of the portion of the August 29, 2022 judgment related to the family court's contempt ruling, this matter is referred to the yet-to-be-lodged appeal panel.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---
DEPUTY CLERK OF COURT
  FOR THE COURT